Case 8:15-mc-00153-VMC-JSS Document 2 Filed 11/30/15 Page 1 of 1 PageID 6

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| In re DMCA Subpoena to eBay Inc. ) <br> _Plaintiff_ ) <br> v. ) <br> ) <br> ) <br> _Defendant_ ) | Civil Action No. 8:15 mc 153 T33 JSS |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                      Legal Department eBay Inc.
                          2145 Hamilton Avenue, San Jose, California 95125

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All identifying information of the seller, "home-gallery (354715)" including but not limited to administrative or billing records proving name(s), address(es), phone number(s), email address(es), account numbers, and any other electronic or physical documents identifying names, or contact information of its operator(s).

| Place: The Digital Business Law Group, P.A. <br> 1001 Starkey Rd. #18 <br> Largo, FL 33771 | Date and Time: <br> 12/10/2015 9:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/30/2015

_Signature of Clerk or Deputy Clerk_      OR      _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
_____, who issues or requests this subpoena, are:

---

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).